# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-025-RJC-DCK

| | |
|---|---|
| **MICHAEL H. COOK,** *derivatively on behalf of* **CEDAR VALLEY FINISHING COMPANY, INC.** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| **RICHARD QUICK and VICKIE QUICK,** | ) ) |
| **Defendants.** | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Completion Of The Initial Attorney's Conference (Document No. 3) filed April 11, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting the parties' agreeement, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Completion Of The Initial Attorney's Conference (Document No. 3) is **GRANTED**. The parties shall file a Certificate of Initial Attorney's Conference pursuant to Local Rule 16.1 on or before **June 4, 2019**.

Signed: April 12, 2019

David C. Keesler
United States Magistrate Judge