IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:19-CV-025-RJC-DCK

| | |
|---|---|
| MICHAEL H. COOK, derivatively, on behalf of CEDAR VALLEY FINISHING COMPANY, INC.<br><br>Plaintiff,<br><br>V.<br><br>VICKIE QUICK and RICHARD QUICK<br><br>Defendants. | **NOTICE OF SETTLEMENT** |

    Defendants Vickie Quick and Richard Quick, by and through undersigned counsel of record, and with the consent of Plaintiff, hereby give notice that the Parties conducted a mediated settlement conference on May 29, 2019, and entered into a Mediated Settlement Agreement resolving all claims asserted in this action subject to one contingency that must be met on or before September 1, 2019. Accordingly, the Parties will submit a Motion to Stay this action through and including September 1, 2019.

    This the 4th day of June, 2019.

/s/ Harold C. Spears
N.C. State Bar No. 8989
Caudle & Spears, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC 28202
Telephone: (704) 377-1200
Facsimile: (704) 338-5858
hspears@caudlespears.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the clerk of Court using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users:

>Michael P. Thomas
>mthomas@phd-law.com
>lhardin@phd-law.com
>Patrick, Harper & Dixon, L.L.P.
>*Attorneys for Plaintiff*

This the 4th day of June, 2019.

>/s/ Harold C. Spears
>N.C. State Bar No. 8989
>Caudle & Spears, P.A.
>121 West Trade Street, Suite 2600
>Charlotte, NC 28202
>Telephone: (704) 377-1200
>Facsimile: (704) 338-5858
>hspears@caudlespears.com
>*Attorneys for Defendants*