# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-025-RJC-DCK

| | |
|---|---|
| **MICHAEL H. COOK,** *derivatively on behalf of* **CEDAR VALLEY FINISHING COMPANY, INC.** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **ORDER** |
| **RICHARD QUICK and VICKIE QUICK,** ) ) | |
| **Defendants.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceedings" (Document No. 6) filed June 10, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceedings" (Document No. 6) is **GRANTED**. This action is hereby **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall file a final Notice of Settlement, or a Status Report, on or before **September 1, 2019**.

Signed: June 10, 2019

David C. Keesler
United States Magistrate Judge