UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

## CIVIL ACTION NO. 5:19-cv-25

| | |
|---|---|
| MICHAEL H. COOK, derivatively, on behalf of CEDAR VALLEY FINISHING COMPANY INC. | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) **STIPULATION OF**<br>) **DISMISSAL WITH PREJUDICE** |
| vs. | )<br>) |
| VICKIE QUICK and RICHARD QUICK, Defendant. | )<br>)<br>) |

The Parties, through counsel, pursuant to Rule 41(a) of the Rules of Civil Procedure, hereby stipulate to a dismissal, with prejudice, of all claims in this action, with each party bearing his or its own costs.

This the 13th day of August, 2019.

| | |
|---|---|
| /s/ Michael P. Thomas | /s/ Harold C. Spears |
| Michael P. Thomas | Harold C. Spears |
| PATRICK HARPER & DIXON, L.L.P. | N.C. Bar No.: 8989 |
| PO Box 218 | CAUDLE & SPEARS, P.A. |
| Hickory, NC 28603 | 121 W. Trade Street, Suite 2600 |
| Telephone: 828-322-7741, Ext. 415 | Charlotte, NC 28202 |
| Email: mthomas@phd-law.com | Telephone: 704-377-1200 |
| *Attorney for Plaintiff* | E-mail: hspears@caudlespears.com |
| | *Attorney for Defendants* |